Argued October 27, affirmed October 27, 1971

STATE OF OREGON, *Respondent, v.*
ARTHUR RAYMOND HUFF, *Appellant.*

489 P2d 971

*Clemens E. Ady,* Salem, argued the cause for appellant. With him on the brief were Williams, Wheeler & Ady, Salem.

*Gary D. Gortmaker,* District Attorney, Salem, argued the cause and filed the brief for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

AFFIRMED FROM THE BENCH.